# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**In the Matter of the Search of**
**(Name, address or Brief description of person, property or premises to be searched)**

a black Motorola Droid Pro model XT610 cellular phone, IMEI # 353635042016481, MSN # L526NW3P59 as further described in Attachment A

**SEARCH WARRANT**
(SEALED)

**CASE NUMBER:** 1:13-mj-00213

**To:** Special Agent Melinda B. Belvin, Federal Bureau of Investigation **and any Authorized Officer of the United States**

**Affidavit(s) having been made before me by Special Agent Melinda B. Belvin, Federal Bureau of Investigation , who has reason to believe that on the property or premises known as** (name, description and/or location)

a black Motorola Droid Pro model XT610 cellular phone, IMEI # 353635042016481, MSN # L526NW3P59, currently located at the FBI Indianapolis Field Office, 8825 Nelson B. Klein Parkway, Indianapolis, Indiana, Evidence Room #107, Item IB2, Barcode # E4633320.

**in the Southern District of Indiana there is now concealed a certain person or property, namely** (describe the person or property to be seized)

See Attachment B and any other property that constitutes evidence of the commission of a criminal offense, contraband, the fruits of crime or things otherwise criminally possessed or property designed or intended for use or which is or has been used as the means of committing a criminal offense those being:

Title 18 United States Code, Section(s) 18 U.S.C. §§ 793(d) and (g)

**I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.**

**YOU ARE HEREBY COMMANDED to search on or before** March 19, 2013 **(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to any U.S. Magistrate Judge as required by law.**

TB

March 5, 2013 at 12:42 p.m.
**Date and Time Issued**

at Indianapolis, Indiana
**City and State**

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

[signature]
**Signature of Judicial Officer**

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**In the Matter of the Search of**
**(Name, address or Brief description of person, property or premises to be searched)**

a black Motorola Droid Pro model XT610 cellular phone, IMEI # 353635042016481, MSN # L526NW3P59 as further described in Attachment A

**SEARCH WARRANT**
(SEALED)

**CASE NUMBER:** 1:13-mj-00213

**To:** Special Agent Melinda B. Belvin, Federal Bureau of Investigation **and any Authorized Officer of the United States**

**Affidavit(s) having been made before me by Special Agent Melinda B. Belvin, Federal Bureau of Investigation , who has reason to believe that on the property or premises known as** (name, description and/or location)

a black Motorola Droid Pro model XT610 cellular phone, IMEI # 353635042016481, MSN # L526NW3P59, currently located at the FBI Indianapolis Field Office, 8825 Nelson B. Klein Parkway, Indianapolis, Indiana, Evidence Room #107, Item IB2, Barcode # E4633320.

**in the Southern District of Indiana there is now concealed a certain person or property, namely** (describe the person or property to be seized)

See Attachment B and any other property that constitutes evidence of the commission of a criminal offense, contraband, the fruits of crime or things otherwise criminally possessed or property designed or intended for use or which is or has been used as the means of committing a criminal offense those being:

Title 18 United States Code, Section(s) 18 U.S.C. §§ 793(d) and (g)

**I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.**

**YOU ARE HEREBY COMMANDED** to search on or before March 19, 2013 **(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)** tk **(~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to any U.S. Magistrate Judge as required by law.**

March 5, 2013 at 12:42 p.m. at Indianapolis, Indiana
**Date and Time Issued** **City and State**

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

[signature]
**Signature of Judicial Officer**

## ATTACHMENT A

The property to be searched is described as follows:

> a black Motorola Droid Pro model XT610 cellular phone, IMEI # 353635042016481, MSN # L526NW3P59 (referred to hereinafter as the "Phone"). The Phone is currently located at the FBI Indianapolis Field Office, 8825 Nelson B. Klein Parkway, Indianapolis, Indiana, Evidence Room #107, Item IB2, Barcode # E4633320.

This warrant authorizes the forensic examination of the Phone for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All items on the Phone described in Attachment A, including correspondence, records, documents, photographs, videos, electronic mail, chat logs, text messages, and electronic messages, that constitute evidence, fruits, and/or instrumentalities of criminal violations of 18 U.S.C. § 793(d) (Unauthorized Disclosure of National Defense Information), and/or 18 U.S.C. § 793(g) (Conspiracy to Disclose National Defense Information), including:

a. records or information relating to the disclosure or potential disclosure of United States classified, intelligence, or national defense information;

b. classified documents, images, records, or information, and any communications relating to any such document, image, record, or information;

c. records or information relating to the national defense, including but not limited to documents, maps, plans, diagrams, guides, manuals, and other Department of Defense, United States military, and/or weapons material, sources or methods of intelligence gathering, and foreign intelligence;

d. records or information relating to Donald Sachtleben's ("SACHTLEBEN's") whereabouts, schedule, travel, or activities from April 1, 2012, through May 31, 2012;

e. all communications to or from SACHTLEBEN from April 1, 2012, through May 31, 2012;

f. all communications between, and/or among, SACHTLEBEN and any member of the media, including but not limited to, [redacted]

g. all communications between SACHTLEBEN and any Federal Bureau of Investigation (FBI) personnel;

h. records or information relating to the disrupted suicide bomb attack on a U.S.-bound airliner by the Yemen-based terrorist organization Al-Qaeda in the Arabian Peninsula (AQAP) and the recovery by the United States of a bomb in connection with that plot in April 2012;

i. any records or information provided by SACHTLEBEN to any member of the media;

j. the source(s) or potential source(s) of any records or information provided by SACHTLEBEN to any member of the media;

k. records or information relating to the state of mind of SACHTLEBEN;

l. records or information relating to the state of mind of any individuals concerning the communication, disclosure, receipt, or retention of classified, intelligence, or national defense information;

m. records or information relating to knowledge of laws, rules, regulations and/or procedures prohibiting the unauthorized disclosure of classified, intelligence, or national defense information;

n. records or information relating to who used, owned, or controlled the Phone; and

o. records or information relating to the times and/or locations where the Phone was used, including Internet Protocol addresses.

2. As used above, the terms “records” and “information” include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage and any photographic form.